■ ELAINE VANN et al., Respondents, v G. D. SEARLE & Co. et al., Appellants. — Order, Supreme Court, New York County (Kirschenbaum, J.), entered on May 18, 1982, unanimously affirmed. The existence of factual issues bars summary judgment. Respondent shall recover of appellant $75 costs and disbursements of this appeal. No opinion. Concur — Sullivan, J. P., Ross, Fein, Milonas and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NANCY HAYES, Appellant. — Judgment, Supreme Court, New York County (Gabel, J.), rendered on August 3, 1981, unanimously affirmed. This case is remitted to the Supreme Court, New York County, for further proceedings, pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sullivan, J. P., Ross, Fein, Milonas and Kassal, JJ.

■ In the Matter of IRIS DOLAND et al., Petitioners, v IRA GAMMERMAN et al., Respondents. — Application for a writ of mandamus denied, cross motion by respondent Sanford Miller granted and the petition dismissed in the action *Pierson v New York Univ. Hosp.*, and the further cross motion by Medical Liability Mutual Insurance Company is granted and the petition is dismissed in its entirety, without costs and without disbursements. No opinion. Concur — Sandler, J. P., Carro, Asch, Silverman and Bloom, JJ.

■ CITY OF NEW YORK, Respondent, v ANTHONY VISCOUNT et al., Appellants. In the Matter of ANTHONY VISCOUNT et al., Petitioners, v IRA GAMMERMAN, Respondent. — Order, Supreme Court, New York County (Gammerman, J.), as resettled on March 1, 1983, unanimously affirmed, the application for a preliminary injunction denied and the petition dismissed, all without costs and without disbursements. No opinion. Concur — Sandler, J. P., Carro, Asch, Silverman and Bloom, JJ.